**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-2235

FREDRICK W. HEROLD, JR.,

　　　　　Plaintiff - Appellant,

　　v.

MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; BRADFORD E. BUGHER; KRISTINA HEROLD; JESSE B. HAMMOCK; PETER R. COTTER; PARKER GOODMAN GORDON & HAMMOCK, LLC,

　　　　　Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge.  (1:21-cv-00610-GLR)

Submitted:  May 23, 2023　　　　　　　　　　　Decided:  May 25, 2023

Before AGEE, WYNN, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Fredrick W. Herold, Jr., Appellant Pro Se.  John Mark Murdock, POTTER & MURDOCK, PC, Falls Church, Virginia; Mary Hirth Tolbert, STEPTOE & JOHNSON, PLLC, Oklahoma City, Oklahoma; Peter Russell Cotter, Jesse Bela Hammock, PARKER GOODMAN GORDON & HAMMOCK, LLC, Easton, Maryland; Shirlie Norris Lake, ECCLESTON & WOLF, PC, Hanover, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fredrick W. Herold, Jr., appeals the district court's orders dismissing his complaint, denying reconsideration, and enjoining Herold from filing any more actions related to his inheritance.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's orders.  *Herold v. Merill Lynch, Pierce, Fenner & Smith, Inc.*, No. 1:21-cv-00610-GLR (D. Md. Mar. 28, 2022; Oct. 31, 2022).  We grant Herold's motion to amend his informal brief.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*